UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CIVIL ACTION NO. 05-CV-105-KKC

TONY MARTIN                                                                                           PLAINTIFF

VS:                              **SUPPLEMENTAL ORDER**

JACK SIZEMORE, JAILER                                                             DEFENDANT

Tony Martin having submitted a *pro se* civil rights complaint pursuant to 42 U.S.C. §1983, and the Court being advised,

**IT IS ORDERED** as follows:

(1) The defendant named in this action is Jack Sizemore, Jailer, in his official capacity only.

(2) The Clerk in the divisional office in which the case lies shall prepare and issue summons for Jack Sizemore in his official capacity only.

(3) The divisional Clerk shall also prepare as many copies of the complaint as there are summonses and any required USM Forms 285. If insufficient information exists to sufficiently or effectively complete any summons or USM Form 285 regarding any defendant, the Clerk shall promptly make a Clerk's entry on the docket stating why the Clerk cannot fill out the summons or USM Form 285 or any other documents necessary to effectuate service.

(4) After the divisional Clerk's office has prepared the summonses, USM Forms 285, complaint copies, a copy of this Order, and/or any other documents necessary to effectuate service, the divisional Clerk's office shall forward said documents, by certified mail, to the United States Marshal's office in Lexington, Kentucky. The Clerk shall enter the certified mail receipt into the record.

(5)   The United States Marshal shall serve a summons, complaint copy, and copy of this Order on each named defendant and shall do so by certified mail, return receipt requested.

(6)   The United States Marshal shall make a return report to the Court of whether the summons is executed or is still unexecuted within forty (40) days of the date of entry of this Order.

(7)   The plaintiff shall keep the Clerk of the Court informed of his current mailing address. Failure to notify the Clerk of any address change may result in a dismissal of this case.

(8)   For every further pleading or other document he wishes to submit for consideration by the Court, the plaintiff shall serve upon each defendant, or, if appearance has been entered by counsel, upon each attorney, a copy of the pleading or other document. The plaintiff shall send the original papers to be filed with the Clerk of the Court together with a certificate stating the date a true and correct copy of the document was mailed to each defendant or counsel. If a District Judge or Magistrate Judge receives any document which has not been filed with the Clerk or which has been filed but fails to include the certificate of service of copies, the document will be disregarded by the Court.

(9)   The Clerk is directed to serve a copy of this Order upon the Jailer/Warden of the institution in which the prisoner is currently confined; upon the Office of General Counsel for the Kentucky Department of Corrections in Frankfort, Kentucky; upon the Laurel County Judge Executive; and upon the members of the Fiscal Court of Laurel County.

This the 24th day of June, 2005.



**Signed By:**
*Karen K. Caldwell*
**United States District Judge**